UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| GREAT MIDWEST INSURANCE COMPANT, a Texas corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>CENTRAL VALLEY COMMUNITY PARTNERS LLC, a California limited liability company; CENTRAL VALLEY MEDICAL GROUP, INC., a California corporation,<br><br>    Defendants. | No. 2:25-cv-76-WBS-JDP<br><br>ORDER GRANTING DEFENDANT AND CROSS-COMPLAINANT, CENTRAL VALLEY MEDICAL GROUP, INC.'S EX PARTE APPLICATIONS FOR LEAVE TO FILE LATE OPPOSITION. GRANTING PLAINTIFF'S MOTION TO STRIKE, AND RESETTING ORAL ARGUMENTS ON PENDING MOTIONS |
| CENTRAL VALLEY MEDICAL GROUP, INC., a California corporation,<br><br>    Cross-Complainant,<br><br>    v.<br><br>RSC INSURANCE BROKERAGE INC., a Delaware corporation,<br><br>    Cross-Defendant. | |

----oo0oo----

1

Good cause appearing, the court hereby GRANTS defendant and cross-complainant Central Valley Medical Group, Inc.'s ex parte applications (Docket Nos. 29, 34) for leave to file late opposition to plaintiff's motion for partial summary judgment (Docket No. 23) and for leave to file late opposition to cross-defendant's motion for judgment on the pleadings (Docket No. 25).

The court further GRANTS plaintiff's motion to strike (Docket No. 33) Central Valley Medical Group, Inc.'s draft opposition to plaintiff's motion for partial summary judgment (Docket No. 32) as it is incomplete and was filed without leave from the court.

Central Valley Medical Group, Inc. is hereby ORDERED to separately file its opposition to plaintiff's motion for partial summary judgment and its opposition to cross-defendant's motion for judgment on the pleadings by **December 19, 2025.** Sur-replies in support of the motions, if any, shall be filed by **January 2, 2026.**

The December 22, 2025, hearing on plaintiff's motion for partial summary judgment and cross-defendant's motion for judgment on the pleadings is hereby vacated. The parties are ORDERED to appear for oral arguments on the motions at **1:30 P.M.** on **January 20, 2026.**

IT IS SO ORDERED

Dated: December 8, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE