UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT MIDWEST INSURANCE COMPANY, a Texas corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CENTRAL VALLEY COMMUNITY PARTNERS LLC, a California limited liability company; CENTRAL VALLEY MEDICAL GROUP, INC., a California corporation,<br><br>　　　　Defendants.<br><br>AND RELATED CROSS-ACTION | CASE NO.  2:25-cv-00076-WSB-JDP<br><br>**ORDER GRANTING STIPULATION TO VACATE HEARING DATE FOR PLAINTIFF GREAT MIDWEST INSURANCE COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>*[Filed Concurrently with Stipulation to Vacate Hearing Date for GMIC's Motion for Partial Summary Judgment]*<br><br>Date: January 20,2026<br>Time: 1:30 P.M.<br>Courtroom: 5<br><br>**Complaint Filed: January 8, 2025** |

　　　Pursuant to the Stipulation ("Stipulation") filed by Plaintiff GREAT MIDWEST INSURANCE COMPANY ("GMIC") and Defendant/Cross-Complainant CENTRAL VALLEY MEDICAL GROUP ("CVMG"), filed therewith, and for good cause shown, the Court

hereby orders that:

1. The Motion for Partial Summary Judgment is hereby withdrawn by GMIC without prejudice;

2. The Stipulation is entered into solely for purposes of vacating the currently scheduled hearing for GMIC's Motion for Partial Summary Judgment and does not reflect any ruling by the Court on the merits of the Motion;

3. Nothing in this Court order vacating the hearing shall be deemed to waive, limit, or prejudice GMIC's right to file a renewed or subsequent motion for partial summary judgment or summary judgment at a later date if necessary, subject to the *Federal Rules of Civil Procedure*, applicable local rules, and any scheduling orders issued by the Court;

4. CVMG likewise reserves all rights to oppose any future dispositive motion and to assert any defenses or objections available under applicable law; and

5. The January 20, 2026 hearing date on GMIC's Motion for Partial Summary Judgment is vacated.

**IT IS SO ORDERED.**

Dated: December 30, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

21001087.1 104659.00006