UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| GREAT MIDWEST INSURANCE COMPANY, a Texas corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>CENTRAL VALLEY COMMUNITY PARTNERS LLC, a California limited liability company; CENTRAL VALLEY MEDICAL GROUP, INC., a California corporation,<br><br>    Defendants. | No. 2:25-cv-76 WBS JDP<br><br>ORDER DENYING PLAINTIFF GREAT MIDWEST INSURANCE COMPANY'S MOTION TO STRIKE AND OBJECTIONS AS MOOT |
| CENTRAL VALLEY MEDICAL GROUP, INC., a California corporation,<br><br>    Cross-Complainant,<br><br>  v.<br><br>RSC INSURANCE BROKERAGE INC., a Delaware corporation,<br><br>    Cross-Defendant. | |

----oo0oo----

1

1         Now before the court is plaintiff, Great Midwest
2    Insurance Company's ("GMIC") motion to strike and objection
3    (Docket No. 41) to defendant and cross-complainant, Central
4    Valley Medical Group, Inc.'s ("CVMG") filing of a second untimely
5    opposition (Docket No. 40) to GMIC's now-withdrawn motion for
6    partial summary judgment (compare Docket No. 23, with Docket No.
7    43).  Because the underlying motion for partial summary judgment
8    has been withdrawn, CVMG's opposition as well as GMIC's
9    objections and motion to strike are now each and all moot.  (See
10   Docket No. 43.)  .
11        IT IS THEREFORE ORDERED that plaintiff, Great Midwest
12   Insurance Company's objections and motion to strike (Docket No.
13   41) be, and the same hereby is, OVERRULED AND DENIED AS MOOT.
14        IT IS SO ORDERED.
15   Dated:  January 9, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE