UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

GREAT MIDWEST INSURANCE COMPANY, a Texas corporation,

        Plaintiff,

    v.

CENTRAL VALLEY COMMUNITY PARTNERS LLC, a California limited liability company; CENTRAL VALLEY MEDICAL GROUP, INC., a California corporation,

        Defendants.

CENTRAL VALLEY MEDICAL GROUP, INC., a California corporation,

        Cross-Complainant,

    v.

RSC INSURANCE BROKERAGE INC., a Delaware corporation,

        Cross-Defendant.

No. 2:25-cv-76 WBS JDP

ORDER GRANTING CROSS-DEFENDANT RSC INSURANCE BROKERAGE INC.'S UNOPPOSED MOTION FOR JUDGMENT ON THE PLEADINGS

----oo0oo----

1

Cross-defendant, RSC Insurance Brokerage Inc. ("RSC") moves for judgment on the pleadings pursuant Federal Rule of Civil Procedure 12(c).  (Docket No. 25); see Fed. R. Civ. P. 12(c).  Because defendant and cross-complainant, Central Valley Medical Group, Inc. ("CVMG") filed a notice of non-opposition (Docket No. 39), the court will grant the motion without the need for oral argument.  See Local Rule 230(c).

IT IS THEREFORE ORDERED that RSC Insurance Brokerage Inc.'s unopposed motion for judgment on the pleadings (Docket No. 25) be, and the same hereby is, GRANTED;

AND IT IS FURTHER ORDERED that Central Valley Medical Group, Inc.'s cross-complaint against RSC Insurance Brokerage Inc. (Docket No. 7) be, and the same hereby is, DISMISSED WITH PREJUDICE.

Dated:  January 15, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2