UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT MIDWEST INSURANCE COMPANY, a Texas corporation,<br><br>    Plaintiff,<br><br>v.<br><br>CENTRAL VALLEY COMMUNITY PARTNERS LLC, a California limited liability company; CENTRAL VALLEY MEDICAL GROUP, INC., a California corporation,<br><br>    Defendants.<br>AND RELATED CROSS-ACTION | CASE NO.  2:25-cv-00076-WSB-JDP<br><br>**ORDER GRANTING PLAINTIFF GREAT MIDWEST INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT PURSUANT TO FRCP 15(A)(2)** |

On May 29, 2026, Plaintiff GREAT MIDWEST INSURANCE COMPANY ("Plaintiff" or "GMIC") filed a Motion for Leave to File First Amended Complaint pursuant to Federal Rules of Civil Procedure ("FRCP"), Rule 15(A)(2) ("Motion"), seeking leave to file a first amended complaint.

/ / /

/ / /

/ / /

/ / /

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW
IRVINE

21094843.1 104659.00006

ORDER GRANTING GMIC'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

The Court, having considered the Motion and good cause having been found, hereby GRANTS the Motion and ORDERS as follows:

1.    Plaintiffs will file and serve a First Amended Complaint ("FAC") on or before **June 22, 2026**.

**IT IS SO ORDERED.**

Dated:   June 16, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW
IRVINE

21094843.1 104659.00006                      - 2 -

**ORDER GRANTING GMIC'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**