UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| GREAT MIDWEST INSURANCE COMPANY, a Texas corporation,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL VALLEY COMMUNITY PARTNERS LLC, a California limited liability company; CENTRAL VALLEY MEDICAL GROUP, INC., a California corporation; SANDRA JAMES, an individual,<br><br>Defendants. | No. 2:25-cv-00076 WBS JDP<br><br>ORDER |

----oo0oo----

Following the final pretrial conference in this matter, the court entered a final pretrial order, which directed the parties to correct certain deficiencies in their submissions; plaintiff was to lodge and serve a more specific exhibit list, and defendants were to lodge and serve more specific exhibit and witness lists. (Docket No. 56 at 3-5.)

Although both parties lodged their respective updated

lists, defendants failed to correct the deficiencies in their original exhibit list and lodged a substantially identical exhibit list as their original one. Consistent with the court's final pretrial order, and except as otherwise provided therein, defendants are therefore precluded from introducing any exhibits at trial other than those in Exhibit D of the order.

Further, defendants' pretrial statement stated they intended to call "a Member of the Board of Directors" as a witness. (Docket No. 54 at 10.) The court directed defendants to "lodge and serve an updated witness list identifying this board member." (Docket No. 56 at 3 n.1.) Defendants' updated witness list, however, identified six board members who are each projected to testify for two hours. Defendants must, no later than September 21, 2026, lodge and serve an updated witness list identifying only one board member defendants intend to call as a witness. Failure to adhere to this deadline will forfeit defendants' opportunity to call a member of the board of directors as a witness.

The court will issue an amended final pretrial order after the deadline of September 21, 2026.

Dated: September 16, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE