REBECCA S. GLOS, ESQ. (SBN 210396)
RGLOS@WATTTIEDER.COM
XAVIA M. GAMBOA, ESQ. (SBN 338547)
XGAMBOA@WATTTIEDER.COM
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
4 PARK PLAZA, SUITE 1000
IRVINE, CA 92614
TELEPHONE: 949-852-6700
FACSIMILE: 949-221-3515

ATTORNEYS FOR PLAINTIFF
GREAT MIDWEST INSURANCE COMPANY

JOHN W. PHILLIPS, ESQ. (SBN 147117)
FENNEMORE LLP
8080 N. PALM AVENUE, THIRD FLOOR
FRESNO, CALIFORNIA 93711
TELEPHONE: (559) 432-4500
FACSIMILE: (559) 432-4590

ATTORNEYS FOR DEFENDANTS
CENTRAL VALLEY MEDICAL GROUP, INC.;
SANDRA JAMES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT MIDWEST INSURANCE COMPANY, a Texas corporation,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL VALLEY COMMUNITY PARTNERS LLC, a California limited liability company; CENTRAL VALLEY MEDICAL GROUP, INC., a California corporation, SANDRA JAMES, an individual,<br><br>Defendants. | CASE NO. 2:25-cv-00076-WSB-JDP<br><br>**JOINT STIPULATION TO ALLOW NON-PARTY WITNESS, LAURA SCHOLZE, TO TESTIFY REMOTELY AT TRIAL; ORDER THEREON**<br><br>Complaint Filed: January 8, 2025<br>Trial: October 20, 2026 |

Plaintiff GREAT MIDWEST INSURANCE COMPANY ("Plaintiff" or "GMIC"), on the one hand, and Defendants CENTRAL VALLEY MEDICAL GROUP, INC. ("CVMG") and SANDRA JAMES ("Ms. James") (collectively, the "Defendants"), on the other hand, by and through their counsel of record, hereby respectfully submit this Joint Stipulation to Allow Non-Party Witness, Laura Scholze, to Testify Remotely at Trial as follows:

**RECITALS**

1. This matter is set for a bench trial commencing on October 20, 2026.

2. As part of its case-in-chief, Plaintiff intends on calling non-party witness, Laura Scholze ("Ms. Scholze"), to provide testimony relevant to issues to be decided at trial.

3. Ms. Scholze resides in Pennsylvania and is a representative of former Cross-Defendant RSC Insurance Brokerage, Inc., which has been dismissed from this action. (Dkt. No. 45.) Ms. Scholze is not a current party, nor is she a representative of any active party to this action. Requiring her to travel to California to testify in person would impose substantial inconvenience and expense upon her.

4. Allowing Ms. Scholze to testify remotely by contemporaneous videoconference will permit the Court to observe her demeanor while avoiding unnecessary burden and expense to her.

5. Plaintiff and Defendants agree that good cause and compelling circumstances exist to permit Ms. Scholze to testify remotely pursuant to Federal Rule of Civil Procedure 43, subdivision (a). (Fed. R. Civ. Proc. 43(a) ["For good

cause in compelling circumstances and with appropriate safeguards, the court may permit testimony in open court by contemporaneous transmission from a different location."]; L.R. 428 ["Upon consent of all parties and agreement of the Magistrate Judge or Judge, any witness at any hearing other than a criminal jury trial may be permitted to testify virtually."]; *Warner v. Cate*, 2015 WL 4645019 (E.D. Cal., 2015) [granting request for virtual testimony of witness where witness resided in Texas and trial was set to occur in Fresno, California].)

**STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants, through their respective counsel of record, as follows:

1. Non-party witness, Laura Scholze ("Ms. Scholze"), may appear and testify at trial by contemporaneous videoconference.

2. Ms. Scholze shall appear by videoconference with a functioning camera and audio connection that permits the Court and counsel to see and hear her throughout her testimony at trial.

3. Ms. Scholze shall testify under oath and be subject to examination and cross-examination to the same extent as if she were testifying in-person at trial.

4. Plaintiff shall comply with the policies and procedures of the Honorable William B. Shubb and the Local Rules of this Court regarding coordination with Court staff for the technological arrangements necessary for Ms. Scholze's

remote appearance at trial.

**IT IS SO STIPULATED.**

Dated: September 16, 2026

WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.

By: */s/ Xavia M. Gamboa*
Rebecca S. Glos, Esq.
Xavia M. Gamboa, Esq.
Attorneys for Plaintiff
GREAT MIDWEST INSURANCE COMPANY

Dated: September 15, 2026

FENNEMORE LLP

By: */S/ John W. Phillips*
John W. Phillips, Esq.
Attorneys for Defendants
CENTRAL VALLY MEDICAL GROUP; SANDRA JAMES

**ORDER**

Based upon the Joint Stipulation to Allow Non-Party Witness to Testify Remotely at Trial ("Joint Stipulation") filed by Plaintiff GREAT MIDWEST INSURANCE COMPANY ("Plaintiff" or "GMIC") and Defendants CENTRAL VALLEY MEDICAL GROUP, INC. ("CVMG") and SANDRA JAMES ("Ms. James") (collectively, the "Defendants"), and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Joint Stipulation is APPROVED;

2. Non-party witness, Laura Scholze ("Ms. Scholze"), may appear and testify at trial by contemporaneous videoconference.

3. Ms. Scholze shall appear by videoconference with a functioning camera and audio connection that permits the Court and counsel to see and hear her throughout her testimony at trial.

4. Ms. Scholze shall testify under oath and be subject to examination and cross-examination to the same extent as if she were testifying in-person at trial.

5. Plaintiff shall comply with the policies and procedures of the Honorable William B. Shubb and the Local Rules of this Court regarding coordination with Court staff for the technological arrangements necessary for Ms. Scholze's remote appearance at trial.

**IT IS SO ORDERED.**

Dated: September 17, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE