UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| GREAT MIDWEST INSURANCE COMPANY, a Texas corporation,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL VALLEY COMMUNITY PARTNERS LLC, a California limited liability company; CENTRAL VALLEY MEDICAL GROUP, INC., a California corporation; SANDRA JAMES, an individual,<br><br>Defendant. | No. 2:25-cv-00076 WBS JDP<br><br>ORDER |

----oo0oo----

In the court's pretrial order, the parties were directed to correct certain deficiencies in their submissions; plaintiff was to lodge and serve a more specific exhibit list, and defendants were to lodge and serve more specific exhibit and witness lists. (Docket No. 56 at 3-5.) Both parties emailed the court clerk with their respective lists on September 8, 2026. Plaintiff also emailed the court clerk on September 22, 2026,

with a so-called Supplemental Trial Exhibit List identifying new exhibits.

To ensure an adequate record, the parties are directed to file each of the foregoing documents with the court no later than **September 30, 2026.** For plaintiff's so-called Supplemental Trial Exhibit list, plaintiff is directed to explain how their new exhibits are permissible under Part VII.E of the pretrial order.

The court will thereafter address any issues with timeliness or lack of specificity regarding these documents.

Dated: September 24, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE