REBECCA S. GLOS, ESQ. (SBN 210396)
RGLOS@WATTTIEDER.COM
XAVIA M. GAMBOA, ESQ. (SBN 338547)
XGAMBOA@WATTTIEDER.COM
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
4 PARK PLAZA, SUITE 1000
IRVINE, CA 92614
TELEPHONE: 949-852-6700
FACSIMILE: 949-221-3515

ATTORNEYS FOR PLAINTIFF
GREAT MIDWEST INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

GREAT MIDWEST INSURANCE COMPANY, a Texas corporation,

Plaintiff,

v.

CENTRAL VALLEY COMMUNITY PARTNERS LLC, a California limited liability company; CENTRAL VALLEY MEDICAL GROUP, INC., a California corporation,

Defendants.

Case No. 2:25-cv-00076-WBS-JDP

**STIPULATION TO TWO ADDITIONAL DOCUMENTS BEING RECEIVED INTO EVIDENCE**

*[Filed concurrently with Declaration of Rebecca S. Glos in Support of Supplementing Exhibit List in Compliance With Final Pretrial Order Section VII.E]*

Judge: William B. Shubb

Trial Date: October 20, 2026

Pursuant to Section VII.E(1) of the Final Pretrial Order (Document No. 56), Plaintiff GREAT MIDWEST INSURANCE COMPANY ("GMIC") and Defendants CENTRAL VALLEY MEDICAL GROUP, INC. ("CVMG") and SANDRA JAMES ("James") (collectively, "Defendants") (GMIC and Defendants hereinafter collectively referred to as "Parties") hereby stipulate to:

1. Two additional documents being received into evidence: (1) Exh. No. 48 – a copy of the check issued by GMIC to the

Centers for Medicare & Medicaid Services ("CMS") in payment of the claim made against the surety bond ("Surety Bond") at issue in this action; and (2) Exh. No. 49 – GMIC's May 30, 2025 letter to the indemnitors demanding indemnification following GMIC's payment to CMS. Defendants stipulate to their authenticity, but do not yet stipulate to their admissibility.

2. Copies of Exh. Nos. 48 and 49 have been provided by GMIC to Defendants.

**IT IS SO STIPULATED.**

Dated: September 30, 2026 WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.

By: *<u>/s/Rebecca S. Glos</u>*
Rebecca S. Glos, Esq.
Xavia M. Gamboa, Esq.
Attorneys for Plaintiff
GREAT MIDWEST INSURANCE COMPANY

Dated: September 30, 2026 FENNEMORE LLP

By: *<u>/s/John W. Phillips</u>*
John W. Phillips, Esq.
Attorneys for Defendants
CENTRAL VALLY MEDICAL GROUP;
SANDRA JAMES

**ORDER**

Based upon the Joint Stipulation to Allow Two Additional Documents Being Received Into Evidence ("Joint Stipulation") filed by Plaintiff GREAT MIDWEST INSURANCE COMPANY ("Plaintiff" or "GMIC") and Defendants CENTRAL VALLEY MEDICAL GROUP, INC. ("CVMG") and SANDRA JAMES ("Ms. James") (collectively, the "Defendants"), and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Joint Stipulation is APPROVED;

2. Two additional documents being received into evidence:

(1) Exh. No. 48 – a copy of the check issued by GMIC to the Centers for Medicare & Medicaid Services ("CMS") in payment of the claim made against the surety bond ("Surety Bond") at issue in this action; and

(2) Exh. No. 49 – GMIC's May 30, 2025 letter to the indemnitors demanding indemnification following GMIC's payment to CMS.

**IT IS SO ORDERED.**

Dated: October 1, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE